THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE JAMAICA WATER SUPPLY COMPANY, Respondent, *v.* THE STATE BOARD OF TAX COMMISSIONERS, Defendant.

THE CITY OF NEW YORK, Appellant.

Reported below, 128 App. Div. 1?.
(Submitted November 9, 1908; decided November 17, 1908.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 7, 1908, which reversed an order of Special Term confirming an assessment against the relator's special franchises and directed a re-assessment.

The motion was made upon the ground that the order of the Appellate Division was not appealable to the Court of Appeals.

*F. H. Van Vechten* for motion.

*Francis K. Pendleton, Corporation Counsel (David Rumsey* and *Curtis A. Peters* of counsel), opposed.

Motion denied, with ten dollars costs.